IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION DAYTON

| | | |
|---|---|---|
| **James Brandenburg, et al.,** | : | Case No.: #:14-CV-0441 |
| **Plaintiffs,** | : | Judge: Walter H. Rice |
| vs. | : | |
| | | ORDER |
| **Norfolk Southern Corporation, et al.,** | : | |
| **Defendants,** | : | |

This matter came before the Court for a telephone status report regarding settlement options on April 19, 2016. Plaintiffs were represented by Pierre Tismo, Esq. and Defendants by James F. Brockman and John C. Duffey. Counsel advised the Court that they have scheduled private mediation commencing May 26, 2016.

Counsel for the parties also advised the Court of the need to extend deadlines previously set forth by this Court due to the remaining work that needed to be completed to prepare this matter for trial.

The Court, being fully advised in the premises, hereby ORDERS a stay of all dates, including the trial date, set forth in its Preliminary Pretrial Conference Order of January 16, 2015 (Doc. 4).

Counsel are hereby ORDERED to advise the Court of the status of the mediation as soon thereafter as practical. If the matter has not been resolved, the Court will schedule another conference to set new pertinent settings for the further conduct of this case.

616110

1

SO ORDERED.

_____
WALTER H. RICE

HAVE SEEN AND APPROVED:

/s/ J. Pierre Tismo
J. Pierre Tismo, Esq. (#0067924)
131 N. Ludlow Street
Suite 1400
Dayton, OH  45402
Telephone: (937) 223-8888
Facsimile: (937) 824-8630
E-mail: ptismo@dgmslaw.com
Attorney for Plaintiffs

/s/ James F. Brockman
James F. Brockman (#0009469)
LINDHORST & DREIDAME
312 Walnut Street, Suite 3100
Cincinnati, OH  45202-4048
Telephone:   (513) 421-6630
Facsimile:    (513) 421-0212
E-mail: jbrockman@lindhorstlaw.com
Attorneys for Defendant,
Norfolk Southern Railway Company

/s/ John C. Duffey
Stuart & Branigin, LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902-1010
Telephone: (765) 423-1561
Facsimile: (765) 742-8175
E-mail: JCD@stuartlaw.com
Attorneys for Defendant,
Norfolk Southern Railway Company